UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-51 |
| v. | * | SECTION:  MAG |
| KENNETH MUSE | * | |

\* \* \*

### ORDER

Considering the foregoing Motion to Unseal Complaint, Affidavit, and Arrest Warrant;

**IT IS HEREBY ORDERED** that the complaint, affidavit, and arrest warrant be and are hereby **UNSEALED**.

New Orleans, Louisiana, this  1st  day of June 2022.

_____
HONORABLE DANA M. DOUGLAS
UNITED STATES MAGISTRATE JUDGE